Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN APILADO, LARON CHARLES, AND JON RUSS,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE NORTH AMERICAN GAY AMATEUR ATHLETIC ALLIANCE,<br><br>　　　　　　　　　　　Defendant. | No. C10-00682 JCC<br><br>ORDER GRANTING STIPULATED MOTION TO RE-SET CASE SCHEDULE DEADLINES |

THIS MATTER came before the Court on the stipulated motion of the parties to re-set the deadlines set forth in the Court's July 5th, 2011 Minute Order (Dkt. No. 83) triggered by the Court's October 27, 2011 Minute Order (Dkt. No. 113) continuing the trial date from November 7th, 2011 to December 12th, 2011. The Court has considered the Motion and the other pleadings and papers filed in this action. Now therefore, it is hereby ORDERED:

1. 　The Stipulated Motion is GRANTED (Dkt. No. 115);

2. 　Pretrial Order is due December 2nd, 2011.

//

//

ORDER GRANTING STIPULATED MOTION
TO RE-SET CASE SCHEDULE
DEADLINES - 1
Case No. C10-00682 JCC

1   3.   Trial briefs to be submitted by December 8th, 2011.

2   4.   Proposed voir dire/jury instructions due by December 8th, 2011.

3        DATED this 14th day of November, 2011.

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
TO RE-SET CASE SCHEDULE
DEADLINES - 2
Case No. C10-00682 JCC